Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Steve A. Hernandez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| STEVE A. HERNANDEZ,<br><br>          Plaintiff,<br><br>     vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:10-cv-01728 SMS<br><br>STIPULATION FOR DISMISSAL;<br><br>ORDER |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Steve A. Hernandez ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: March 11, 2011          Respectfully submitted,

                              ROHLFING & KALAGIAN, LLP

                                   /s/ *Laura E. Krank*
                              BY:_____
                              Laura E. Krank
                              Attorney for plaintiff Steve A. Hernandez

DATE: March 14, 2011

                              BENJAMIN B. WAGNER
                              United States Attorney


                                   /s/ *Brenda M. Pullin*
                              _____
                              Brenda M. Pullin
                              Special Assistant United States Attorney
                              Attorneys for Defendant Michael J. Astrue,
                              Commissioner of Social Security
                              (Per e-mail authorization)


IT IS SO ORDERED.

Dated:  March 19, 2011                /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE